

# SEALED

**Office of the United States Attorney**
District of Nevada
501 Las Vegas Boulevard, Suite 1100
Las Vegas, Nevada 89101
(702) 388-6336

NICHOLAS A. TRUTANICH
United States Attorney
District of Nevada
Nevada Bar Number 13644
Travis Leverett
Assistant United States Attorney
501 Las Vegas Blvd. South, Ste. 1100
Las Vegas, Nevada 89101
(702) 388-6336
Travis.Leverett@usdoj.gov

*Attorneys for the United States of America*

2020 JAN 17 PM 4:00

U.S. MAGISTRATE JUDGE

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA
-oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> ANTHONY ALAN PHARES, <br><br> Defendant. | No. 2:20-mj-20-BNW <br><br> **SEALING ORDER** <br><br> (Under Seal) |

## GOVERNMENT'S APPLICATION REQUESTING SEALING OF ARREST WARRANT AND COMPLAINT

COMES NOW the United States of America, by and through NICHOLAS A. TRUTANICH, United States Attorney, and TRAVIS LEVERETT, Assistant United States Attorney, and respectfully moves this Honorable Court for an Order sealing the Complaint, together with the Court's Arrest Warrant, in the above-captioned matter until such time as this Honorable Court, or another Court of competent jurisdiction, shall order otherwise.

According to Title 18, United States Code, Section 3103a(b)(1) the court may delay any notice required, or that may be required, if there is reasonable cause to believe that

providing immediate notification of the execution of the arrest warrant may have an adverse result. In this case, such an order would be appropriate because the Arrest Warrant and Complaint relate to an ongoing criminal investigation into violations of 21 U.S.C. §§ 841(a)(1) that is neither public nor known to the target of the investigation involving ongoing illegal drug distribution. The extent of the above-described criminal activity is not yet known. Disclosure of the information will jeopardize the investigation, which includes a "buy-bust" that is scheduled for Tuesday, January 21, will give the target an opportunity to flee, or destroy or tamper with drug evidence which is easily disposed of, change patterns of behavior, or notify confederates. The Complaint also references an undercover officer and specific information obtained from that officer. Sealing would help to further protect the officer's identify and ensure his/her safety until an arrest has been made in this case.

For the reasons stated above and to protect the integrity of an ongoing investigation, it is requested that the Complaint and Arrest Warrant documents are sealed.

DATED this 16 day of January 2020.

Respectfully submitted,

NICHOLAS A. TRUTANICH
United States Attorney

_____
TRAVIS LEVERETT
Assistant United States Attorney

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA
-oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA | Magistrate No. 2:20-mj-20-BNW |
| Plaintiff, | SEALING ORDER |
| vs. | |
| Anthony Alan PHARES, | (Under Seal) |
| Defendant. | |

## SEALING ORDER

Based on the pending Application of the Government, and good cause appearing therefor,

IT IS HEREBY ORDERED that the Complaint and Arrest Warrant, in the above-captioned matter shall be sealed until further Order of the Court.

DATED this 17th day of January 2020.

_____
UNITED STATES MAGISTRATE JUDGE